GOODIN, APPELLANT, *v.* COLUMBIA GAS OF OHIO, INC., APPELLEE, ET AL.

LIECHTY, EXR., APPELLANT, *v.* YODER MANUFACTURING, INC. ET AL.; ITT AUTOMOTIVE, INC., APPELLEE.

[Cite as *Goodin v. Columbia Gas of Ohio, Inc.* (2001), 92 Ohio St.3d 1214.]

(Nos. 00–769 and 00–1160—Submitted April 4, 2001 at the Lawrence County Session—Decided July 5, 2001.)

The causes are dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

PFEIFER, J., dissenting. I disagree that this appeal was improvidently allowed. The decision of the trial court, upheld by the court of appeals, negatively impacts our tradition of trial by jury. In my view, issues of fact appropriate for a jury's determination were dealt with summarily by the trial judge. Specifically, genuine issues of fact existed as to two of the three prongs of the test establishing intent in intentional workplace torts, as enunciated in *Fyffe v. Jeno's, Inc.* (1991), 59 Ohio St.3d 115, 570 N.E.2d 1108. Here, reasonable minds could have concluded that the employer, through its agents, knew that appellant's decedent was substantially certain to be harmed due to a dangerous work-related procedure and that the employer, despite that knowledge, required appellant's decedent to perform that dangerous task. We should have dealt with the case on the merits and reversed the judgment of the court of appeals.

DOUGLAS, J., concurs in the foregoing dissenting opinion.

*Colley, Shroyer & Abraham Co., L.P.A., Michael F. Colley, Daniel N. Abraham* and *David K. Frank,* for appellant, in case No. 00–769.

*Stephen L. Hebenstreit* and *Andrew J. Sonderman,* for appellee, in case No. 00–769.

*Ray & Alton, L.L.P.,* and *Frank A. Ray,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers, in case No. 00–769.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* urging reversal for *amicus curiae,* Ohio AFL–CIO, in case No. 00–769.

*Buckingham, Doolittle & Burroughs, L.L.P.,* and *Scott A. Richardson,* urging affirmance for *amicus curiae,* Ohio Association of Civil Trial Attorneys, in case No. 00–769.

*Vorys, Sater, Seymour & Pease, L.L.P., Robert A. Minor* and *Robin R. Obetz,* urging affirmance for *amicus curiae,* Ohio Self–Insurers' Association, in case No. 00–769.

*Paul W. Flowers Co., L.P.A.,* and *Paul W. Flowers; The Landskroner Law Firm, Ltd.,* and *Jack Landskroner,* for appellant, in case No. 00–1160.

*Squire, Sanders & Dempsey, L.L.P., Damond R. Mace* and *Adam R. Fox,* for appellee, in case No. 00–1160.

*Hochman & Roach Co., L.P.A., James B. Hochman* and *Cinamon S. Houston,* urging reversal for *amicus curiae,* Dayton Springfield Miami Valley AFL–CIO, Regional Labor Council, in case No. 00–1160.

*Bashein & Bashein Co., L.P.A.,* and *W. Craig Bashein; Weisman, Goldberg & Weisman Co., L.P.A., R. Eric Kennedy* and *Henry W. Chamberlain; The Okey Law Firm, L.P.A.,* and *Mark D. Okey,* for *amicus curiae,* in case No. 00–1160.